UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JANICE A. MOORE, ON BEHALF OF HERSELF
AND A CLASS OF ALL SIMILARLY SITUATED
PARTICIPANTS IN THE VIRGINIA COMMUNITY
BANKSHARES, INC. EMPLOYEE STOCK
OWNERSHIP PLAN,

        Plaintiff,

v.                                                                   Case No. 3:19-cv-00045

BLUE RIDGE BANKSHARES, INC.,
SUCCESSOR BY MERGER OF
VIRGINIA COMMUNITY BANK, *et al.*,

        Defendants.

**PLAINTIFF'S MEMORANDUM IN SUPPORT
OF HER MOTION FOR SUMMARY JUDGMENT**

        For the reasons stated in her memorandum of support being filed forthwith, Plaintiff Janice Moore moves for summary judgment on the Defendants' liability for their breaches of their fiduciary duties and engagement in prohibited transactions.

                                                               JANICE A. MOORE, ON BEHALF OF HERSELF
                                                               AND A CLASS OF ALL SIMILARLY SITUATED
                                                               PARTICIPANTS IN THE VIRGINIA COMMUNITY
                                                               BANKSHARES, INC. EMPLOYEE STOCK
                                                               OWNERSHIP PLAN,

                                         By:        /s/ Danny Zemel
                                                                       Counsel

| | |
|---|---|
| Harris D. Butler, VSB No. 26483 | Mark J. Krudys, VSB No. 30718 |
| Zev H. Antell, VSB No. 74634 | Daniel Zemel, VSB No. 95073 |
| BUTLER ROYALS, PLC | THE KRUDYS LAW FIRM, PLC |
| 140 Virginia Street, Suite 302 | 919 East Main Street, Suite 2020 |
| Richmond, VA 23219 | Richmond, VA 23219 |
| Phone: (804) 648-4848 | Phone: (804) 774-7950 |

1

Fax: (804) 237-0413  
Email: harris@butlercurwood.com  
Email: zev@butlercurwood.com  

Marie D. Carter, VSB No. 21278  
MARIE CARTER, PLC  
300 Tuckahoe Blvd.  
Richmond, VA 23226  
Phone: (804) 402-4003  
Email: mdcarter@benefits-law.com  

Fax: (804) 381-4458  
Email: mkrudys@krudys.com  
Email : dzemel@krudys.com  

Jeffrey A. Sanborn, VSB No. 40777  
JEFFREY A. SANBORN, ESQ.  
835 Summit View Lane  
Charlottesville, VA 22903  
Phone: (434) 825-7205  
Email: jsanborn@sanborn-law.com  

*Counsel for Plaintiff Janice A. Moore on Behalf of Herself and a Class of All Similarly Situated Participants in the Virginia Community Bankshares, Inc. Employee Stock Ownership Plan*

## Certificate of Service

I hereby certify that on this 29th day of June 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

      /s/ Danny Zemel  
Daniel Zemel, VSB No. 95073  
THE KRUDYS LAW FIRM, PLC  
919 East Main Street, Suite 2020  
Richmond, VA 23219  
Email : dzemel@krudys.com