# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
 2                    Charlottesville Division

 3   ------------------------------------

 4   JANICE A. MOORE, ON BEHALF OF
     HERSELF AND A CLASS OF ALL
 5   SIMILARLY SITUATED PARTICIPANTS
     IN THE VIRGINIA COMMUNITY
 6   BANKSHARES, INC., EMPLOYEE STOCK
     OWNERSHIP PLAN,
 7
                           Plaintiff,
 8
     v.                                     CIVIL ACTION NO.
 9                                          3:19-cv-00045
     BLUE RIDGE BANKSHARES, INC.,
10   SUCCESSOR BY MERGER OF VIRGINIA
     COMMUNITY BANK, et al.,
11
                           Defendants.
12
     ------------------------------------
13

14

15

16         DEPOSITION UPON ORAL EXAMINATION

17                 OF AMY M. SCHICK

18        TAKEN ON BEHALF OF THE PLAINTIFF

19                 March 22, 2023

20

21

22

23   ------------------------------------------

24       KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                 Court Reporter
```

```
              1    employees, participants, from the Bankshares, the
              2    holding company.
              3         Q.   Okay.  And did you have a role with
              4    respect to the administration of the ESOP?  We'll
10:12:25      5    call the employee stock ownership plan the ESOP.
              6         A.   Okay.
              7         Q.   Did you have a role with respect to
              8    administration of the ESOP?
              9         A.   I administered -- well, I took care of
10:12:38     10    the paperwork.  I would send in documents for the
             11    annual evaluation of the plan, the allocation of the
             12    plan.  I would process distributions to participants
             13    from the ESOP plan.
             14         Q.   Anything else?
10:13:12     15         A.   No.
             16         Q.   Did you manage the funds for the plan,
             17    the checkbook?
             18              MR. HAVERMANN:  I object to the form of
             19    the question.  Manage --
10:13:24     20    BY MR. BUTLER:
             21         Q.   You can answer.
             22              MR. HAVERMANN:  -- was not clear.
             23         A.   I would reconcile the bank statement and
             24    I would -- when I -- before I was a signer on the
10:13:36     25    account I would -- I guess I handled the accounting
```