# EXHIBIT 4

Message

**From:** Amy Schick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F8FDD9D842924C3CA3495102187003B0-AMY_SCHICK]
**Sent:** 9/17/2018 12:51:36 PM
**To:** Preston Moore [Preston.Moore@VACMBK.com]
**Subject:** FW: Virginia Community Bank - TRV Renewal

---

**From:** Amy Schick
**Sent:** Thursday, September 13, 2018 2:09 PM
**To:** 'preston.moore@vacmbk.com'
**Cc:** Thomas Crowder
**Subject:** FW: Virginia Community Bank - TRV Renewal

Preston –

Bridget sent the following questions as a follow-up to your responses on the ESOP and private placement. Bridget begins a new position next week with Travelers and she would like to close our file before Monday. If ok with you Tom will respond to Bridget's questions below. Please advise.

Thanks –
Amy

---

**From:** Jennison,Bridget M. [mailto:BJENNISO@travelers.com]
**Sent:** Tuesday, September 11, 2018 11:36 AM
**To:** Amy Schick
**Cc:** 'Bryan (mason1891@masonva.com)'
**Subject:** RE: Virginia Community Bank - TRV Renewal

Hi Amy,

I really appreciate all of your help in sorting through our underwriting questions. The concurrent ESOP termination/distribution and private placement is actually an unusual situation and we are trying to better understand.

We do have a few more questions as follows:

- Could you please forward a copy of Mercer's 2017 **stock valuation** and a copy of the **Private Placement Memo**?
- Could you please describe how the private placement will work and how the stock will be valued going forward?
- Will the new shares be valued annually via an independent valuation?
- Does the stock carry some kind of ownership rights and what (if any) repurchase obligations are included with the issuance of stock.
- Does the Bank have obligations to repurchase stock from the private placement holders in the future? If so, is the repurchase subject to a current valuation or is the stock price predetermine? If predetermined, what is the stock price.
- Has the independent trustee and Troutman Sanders both confirmed that ESOP termination/distribution and private placement are being handled in a way consistent with ERISA?

Thanks again for you all your help. I really appreciate it.

Best regards,
Bridget

CONFIDENTIAL

VCB007185