## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| JANICE A. MOORE, ON BEHALF OF HERSELF AND A CLASS OF ALL SIMILARLY SITUATED PARTICIPANTS IN THE VIRGINIA COMMUNITY BANKSHARES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, <br><br> Plaintiff, <br><br> v. <br><br> BLUE RIDGE BANKSHARES, INC., SUCCESSOR BY MERGER OF VIRGINIA COMMUNITY BANK, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00045 |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Janice Moore on behalf of herself and all others similarly situated, ("Representative Plaintiff") respectfully moves this Court to preliminarily certify the proposed Rule 23 Class identified herein for the purpose of settlement, preliminarily approve the Class Action Settlement Agreement ("Agreement") between the Parties, and to set a fairness hearing to address the same. A copy of the Agreement is attached as Exhibit 1 to this Motion. Defendants Blue Ridge Bankshares, Inc., Successor by Merger of Virginia Community Bankshares, Inc., Blue Ridge Bank, N.A., Successor by Merger of Virginia Community Bank, John Hodge, H.B. Sedwick III, A. Pierce Stone, Thomas Crowder, Andrew Holzwarth, A. Preston Moore, Jr., Amy Schick and Mark Sisk (collectively, "Defendants") do not oppose this Motion.

If the Court grants preliminary approval, the Settlement Administrator selected by the Parties will distribute the Notice of Settlement to Class Members and will send out required Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711-1715 ("CAFA") notice to federal and state officials. After the conclusion of the Notice Period(s), the Parties will return to the Court for final approval of the settlement. The Parties therefore request that the Court approve the proposed documents to be sent to the members of the settlement class and to CAFA notice recipients.

This Motion is based on the accompanying Memorandum of Law, the associated exhibits, and the entire record of this action.

Dated: November 28, 2023                               Respectfully submitted,

                                                JANICE A. MOORE, ON BEHALF OF HERSELF
                                                AND A CLASS OF ALL SIMILARLY SITUATED
                                                PARTICIPANTS IN THE VIRGINIA COMMUNITY
                                                BANKSHARES, INC. EMPLOYEE STOCK
                                                OWNERSHIP PLAN,

                                       By:  _____/s/_____
                                                       Counsel

| | |
|---|---|
| Harris D. Butler, VSB No. 26483<br>Zev H. Antell, VSB No. 74634<br>BUTLER ROYALS, PLC<br>140 Virginia Street, Suite 302<br>Richmond, VA 23219<br>Phone: (804) 648-4848<br>Fax: (804) 237-0413<br>Email: harris@butlercurwood.com<br>Email: zev@butlercurwood.com | Mark J. Krudys, VSB No. 30718<br>Daniel Zemel, VSB No. 95073<br>THE KRUDYS LAW FIRM, PLC<br>919 East Main Street, Suite 2020<br>Richmond, VA 23219<br>Phone: (804) 774-7950<br>Fax: (804) 381-4458<br>Email: mkrudys@krudys.com<br>Email : dzemel@krudys.com |
| Marie D. Carter, VSB No. 22178<br>MARIE CARTER, PLC<br>300 Tuckahoe Blvd.<br>Richmond, VA 23226<br>Phone: (804) 402-4003<br>Email: mdcarter@benefits-law.com | Jeffrey A. Sanborn, VSB No. 40777<br>JEFFREY A. SANBORN, ESQ.<br>835 Summit View Lane<br>Charlottesville, VA 22903<br>Phone: (434) 825-7205<br>Email: jsanborn@sanborn-law.com |

*Counsel for Plaintiff Janice A. Moore on Behalf of Herself and a Class of All Similarly Situated Participants in the Virginia Community Bankshares, Inc. Employee Stock Ownership Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Virginia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Zev Antell*
Zev Antell