UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JANICE A. MOORE, ON BEHALF OF HERSELF AND A CLASS OF ALL SIMILARLY SITUATED PARTICIPANTS IN THE VIRGINIA COMMUNITY BANKSHARES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RIDGE BANKSHARES, INC., SUCCESSOR BY MERGER OF VIRGINIA COMMUNITY BANK, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00045 |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Janice Moore on behalf of herself and all others similarly situated, ("Representative Plaintiff") respectfully moves this Court, for Final Approval of the parties' Class Action Settlement. This Motion is based on the accompanying Memorandum of Law, the associated exhibits, and the entire record of this action.

Dated: April 19, 2024

Respectfully submitted,

JANICE A. MOORE, ON BEHALF OF HERSELF AND A CLASS OF ALL SIMILARLY SITUATED PARTICIPANTS IN THE VIRGINIA COMMUNITY BANKSHARES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,

By: /s/ *Zev Antell*
Counsel

| | |
|---|---|
| Harris D. Butler, VSB No. 26483 | Mark J. Krudys, VSB No. 30718 |
| Zev H. Antell, VSB No. 74634 | Daniel Zemel, VSB No. 95073 |
| BUTLER CURWOOD, PLC | THE KRUDYS LAW FIRM, PLC |
| 140 Virginia Street, Suite 302 | 919 East Main Street, Suite 2020 |
| Richmond, VA 23219 | Richmond, VA 23219 |
| Phone: (804) 648-4848 | Phone: (804) 774-7950 |
| Fax: (804) 237-0413 | Fax: (804) 381-4458 |
| Email: harris@butlercurwood.com | Email: mkrudys@krudys.com |
| Email: zev@butlercurwood.com | Email : dzemel@krudys.com |
| | |
| Marie D. Carter, VSB No. 21278 | Jeffrey A. Sanborn, VSB No. 40777 |
| MARIE CARTER, PLC | JEFFREY A. SANBORN, ESQ. |
| 300 Tuckahoe Blvd. | 835 Summit View Lane |
| Richmond, VA 23226 | Charlottesville, VA 22903 |
| Phone: (804) 402-4003 | Phone: (434) 825-7205 |
| Email: mdcarter@benefits-law.com | Email: jsanborn@sanborn-law.com |

*Counsel for Plaintiff Janice A. Moore on Behalf of Herself and a Class of All Similarly Situated Participants in the Virginia Community Bankshares, Inc. Employee Stock Ownership Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Virginia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Zev Antell*
Zev Antell